UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY ALAN LOBRETTO, | ) | 1:08-cv-00080-LJO-JLT HC |
| | ) | |
| Petitioner, | ) | ORDER TO SHOW CAUSE WHY THE |
| | ) | STAY SHOULD NOT BE LIFTED AND THE |
| | ) | PETITION ADJUDICATED |
| v. | ) | |
| | ) | ORDER DIRECTING RESPONSE WITHIN |
| | ) | TWENTY DAYS |
| D. K. SISTO, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding via counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition on January 15, 2008. (Doc. 1). On July 24, 2008, the Court granted Petitioner a stay of proceedings to permit Petitioner to exhaust his claims in state court. (Doc. 9). In that order, the Court required Petitioner to file regular status reports regarding his exhaustion efforts. Since that date, Petitioner's counsel has failed to file a single status report advising the Court of the status of Petitioner's efforts to exhaust his claims in state court.

**ORDER**

Accordingly, Petitioner is HEREBY ORDERED TO SHOW CAUSE within twenty (20)

1  days of the date of service of this order why the stay in effect in this case should not be lifted and
2  why adjudication of the original petition should not proceed.
3
4  IT IS SO ORDERED.
5  Dated:   **January 14, 2010**                                      **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE